# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tracie Ann Grijalva, | Case No. CV-22-2068-PHX-DGC |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| First Advantage Background Services Corp., et al. | |
| Defendants. | |

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice. Doc. 43.

**IT IS ORDERED** that the Stipulation (Doc. 43) is **GRANTED**. The above-entitled matter is hereby dismissed with prejudice.

Dated this 18th day of August, 2023.

*David G. Campbell*

David G. Campbell
Senior United States District Judge

-1-